# WALKER v. WALKER.

No. 6362.   Opinion Filed January 11, 1916.

(154 Pac. 512.)

**APPEAL AND ERROR.—Record—Case-Made—Certificate—Dismissal.**
Where certificate of the trial judge to the case-made is not attested by the clerk, nor the seal of the court attached, the appeal must be dismissed.

(Syllabus by the Court.)

*Error from District Court, Custer County;*
*James R. Tolbert, Judge.*

Action by Wesley S. Walker against Addison Walker, Executor of Wm. M. Walker, deceased.   From the judgment the executor brings error.   Dismissed.

*Phillips & Mills,* for plaintiff in error.

*Darnell & Darnell,* for defendant in error.

PER CURIAM.   The case-made is signed by the district judge, but is not attested by the clerk, nor is the seal of the court attached thereto.   Under the authoriy of *Stallard v. Knapp,* 9 Okla. 591, 60 Pac. 234; *Oligschlager v. Grall,* 13 Okla. 632, 75 Pac. 1131; *Oklahoma City v. McKean,* 39 Okla. 300, 135 Pac. 19; *Tarkenton v. Carpenter,* 48 Okla. 498, 150 Pac. 482; *Board of Com'rs of Creek County v. State ex rel. Jones,* 48 Okla. 477, 150 Pac. 455; *In re Garland,* 52 Okla. 585, 153 Pac. 153, this appeal should be dismissed.

We therefore recommend that the appeal be dismissed.

By the Court:   It is so ordered.